## STATE OF CONNECTICUT *v.* JOHN NARANJO
## (13353)

Dupont, C. J., and Foti and Spallone, Js.

Argued November 1—decision released November 28, 1995

*John R. Williams,* for the appellant (defendant).

*Ronald G. Weller,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *James Dinnan,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.